IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROJECT on PREDATORY STUDENT LENDING of the LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL<br><br>Plaintiff(s)<br>v.<br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>Defendant(s) | Civil Action No. 2:17-CV-00210 NBF |

## REPORT OF NEUTRAL

A __Mediation__ session was held in the above captioned matter on __July 20, 2017__.

The case (please check one):
\_\_\_\_\_ has resolved
\_\_\_\_\_ has resolved in part (see below)
__X__ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within __60__ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____
_____
_____

Dated: __July 28, 2017__  　　　　__Richard A. Levie__
　　　　　　　　　　　　　　　　Signature of Neutral

Rev. 09/11