# VAUGHN INDEX

PROJECT ON PREDATORY STUDENT LENDING OF THE LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL

v. UNITED STATES DEPARTMENT OF JUSTICE, 2:17-cv-210-NBF (W.D. Pa.)

| No. | Bates Range | Doc Title | Date | Doc Location | Doc Description | To/From | Exemption | Protective Order Designation |
|---|---|---|---|---|---|---|---|---|
| 1. | AID 1 | AI Dallas "Accreditation & Licensing" | | CWiegand network directory space/Active Cases/ EDMC/Discovery/ 7.15.14 D Production of AI Dallas Shred Bin[1] | One page doc describing accreditation & licensing | | | • Confidentiality[2]<br>• FERPA[3] |
| 2. | AID 2 | AI Dallas | | AI Dallas Production | One page excuse for potential applicant to AI | | | • Confidentiality<br>• FERPA |
| 3. | AID 3-8 | "Graphic Design" "The Art Institute of Dallas" | | AI Dallas Production | Typed material re: qualifications for successful graphic design students; primary jobs; materials; course sequence | | | • Confidentiality<br>• FERPA |
| 4. | AID 9 | AI Dallas "Application Checklist" | | AI Dallas Production | Blank application checklist listing requirements | | | • Confidentiality<br>• FERPA |
| 5. | AID 10-33 | "Enrollment Agreement"; "financial info."; "Application for Admission"; "Transcript Request | | AI Dallas Production | Application materials for a specific student whose name, id, other info is in the materials | | (b)(6) | • Confidentiality<br>• FERPA |

---

[1] The electronic source folder titled CWiegand Network Directory Space/Active Cases/EDMC/Discovery/7.15.14 D Production of AI Dallas Shred Bin subfolder is hereinafter referred to as "AI Dallas Production."

[2] The "Confidentiality" label indicates that the document was produced by EDMC with a designation that it was "Confidential" pursuant to the Protective Order Governing Confidential Material, *United States v. EDMC*, 2:07-cv-00461 (W.D. Pa. Apr. 12, 2013), *as amended* by First Am. Protective Order, (Sept. 16, 2016).

[3] The "FERPA" label indicates that the document was produced by EDMC with a designation that it was "FERPA Confidential" pursuant to the Protective Order Governing Personally Identifiable Information from Education Records that May be Subject to the Family Educational Rights and Privacy Act, *United States v. EDMC*, 2:07-cv-00461 (W.D. Pa. Apr. 8, 2013)

| No. | Bates Range | Doc Title | Date | Doc Location | Doc Description | To/From | Exemption | Protective Order Designation |
|---|---|---|---|---|---|---|---|---|
| | | Form"; Notice re Transferability of Credits; "Application Checklist"; Emergency Contact Info.; "Admissions Requirements"; Welcome form; incomplete e-App email | | | | | | |
| 6. | AID 34-47 | "Application for Admission"; "enrollment agreement"; Financial info; "College Info Day" form; "Admissions Requirements"; Transcript Request Form; Notice re transferability of credits; emergency contact info | | AI Dallas Production | Application materials for a specific student whose name, id, other info is in the materials | | (b)(6) | • Confidentiality<br>• FERPA |
| 7. | AID 48-77 | "Incomplete eAPP" | | AI Dallas Production | Incomplete eApps for specific student whose name, id, other info is in the materials | | (b)(6) | • Confidentiality<br>• FERPA |
| 8. | AID 78-95 | AI Dallas "Library Handbook" | | AI Dallas Production | AI Dallas Library Handbook | | | • Confidentiality<br>• FERPA |
| 9. | AID 96-110 | "Appointment Setting" folder; contains "Adult appointment setting guide incoming and outgoing call"; notes; "Appointment setting observation form" | | AI Dallas Production | Forms related to setting up appointments on calls with students; typed notes containing specific prospective student information | | (b)(6)<br>(for AID 104-110) | • Confidentiality<br>• FERPA |

| No. | Bates Range | Doc Title | Date | Doc Location | Doc Description | To/From | Exemption | Protective Order Designation |
|---|---|---|---|---|---|---|---|---|
| 10. | AID 121-141 | "Part-time Plans" folder; includes notes, forms like "New/Re-entry student petition for reduced credit load"; AI Dallas Reduced load agreement; | | AI Dallas Production | Typed notes relating to guidance for part-time enrollment plans; blank forms for reduced credit load | | | • Confidentiality<br>• FERPA |
| 11. | AID 164-174 | "AID Facility Tour" folder | | AI Dallas Production | Handwritten notes re features of AID to point out on tours | | | • Confidentiality<br>• FERPA |
| 12. | AID 191-192 | "Degree/Program Info" Folder; | | AI Dallas Production | List of AI Dallas degree programs | | | • Confidentiality<br>• FERPA |
| 13. | AID 193-194 | "Accreditation" Folder; contains" "Accreditation & Licensing" | | AI Dallas Production | "Accreditation & Licensing" doc for AI Dallas | | | • Confidentiality<br>• FERPA |
| 14. | AID 245-246 | "FAQ Testing" Folder; | | AI Dallas Production | Handwritten notes re "FAQ test" | | | • Confidentiality<br>• FERPA |
| 15. | AID 248-316 | "International Culinary Schools at the Art Institutes World Cuisines Uncovered"; "Your guide to Scholarships"; blank applications for enrollment | | AI Dallas Production | Handbook & financial aid info & scholarship info on Culinary program & blank applications | | | • Confidentiality<br>• FERPA |
| 16. | AID 317-353 | "Admissions Requirements" Folder; "Admissions Requirements" Forms | | AI Dallas Production | Blank copies of "AI Dallas Admissions Requirements" Forms | | | • Confidentiality<br>• FERPA |
| 17. | AID 355-452 | "Train the Trainer" folder | | AI Dallas Production | Folder includes copies of PowerPoint Presentation (with notes) re: setting expectations with students | | | • Confidentiality<br>• FERPA |

| No. | Bates Range | Doc Title | Date | Doc Location | Doc Description | To/From | Exemption | Protective Order Designation |
|---|---|---|---|---|---|---|---|---|
| 18. | AID 453-474 | "H.S. Transcripts" Folder containing "High School Transcript Request" forms | | AI Dallas Production | Blank copies of HS Transcript Request forms | | | • Confidentiality<br>• FERPA |
| 19. | AID 475-489 | "Sample Portfolio Stuff" folder | | AI Dallas Production | CVs and business cards containing specific student/graduate info | | (b)(6) | • Confidentiality<br>• FERPA |
| 20. | AID 495-498 | "Accuplacer Test Form" Folder containing "Accuplacer Testing Form" | | AI Dallas Production | Multiple copies of blank Accuplacer Testing Forms | | | • Confidentiality<br>• FERPA |
| 21. | AID 499-505 | "Tuition Cost" Folder; tuition cost list; | | AI Dallas Production | Copies of AI Dallas one page typed doc listing tuition costs for various programs | | | • Confidentiality<br>• FERPA |
| 22. | AID 506-510 | "App/Enroll Form" Folder, containing Ai Dallas "New Student Adjustment Form" | | AI Dallas Production | Copies of blank AI Dallas New Student Adjustment Forms | | | • Confidentiality<br>• FERPA |
| 23. | AID 511-516 | "College Transfer Form" Folder, containing "Enrollment Transfer Release Request Form", High School Transcript Request Form," Emerg. Contact form | | AI Dallas Production | Copies of blank AI Dallas forms, including enrollment transfer, HS transcript Request, emergency Contact | | | • Confidentiality<br>• FERPA |
| 24. | AID 517-526 | "Essay Form" Folder, containing essay application form, culinary school course sequence, "Careers in Culinary" document | | AI Dallas Production | Copies of blank essay application forms, plus typed documents containing info about culinary programs | | | • Confidentiality<br>• FERPA |
| 25. | AID 536-555 | "Checklist" Folder, containing | | AI Dallas Production | Copies of blank "Application Checklist" forms | | | • Confidentiality<br>• FERPA |

| No. | Bates Range | Doc Title | Date | Doc Location | Doc Description | To/From | Exemption | Protective Order Designation |
|---|---|---|---|---|---|---|---|---|
| | | "Application Checklist" | | | | | | |
| 26. | AID 556-576 | "Timeline Agreements RUB" Folder containing "Admissions Timeline Agreement" forms | | AI Dallas Production | Copies of blank 1 page form | | | • Confidentiality<br>• FERPA |
| 27. | AID 577-597 | "Accuplacer Testing Forms" Folder | | AI Dallas Production | Multiple copies of blank "Accuplacer Testing Form" | | | • Confidentiality<br>• FERPA |
| 28. | AID 600-624 | "App Addendum" Folder containing "Notice & Catalog Addendum concerning Transferability of Credits" Form | | AI Dallas Production | Multiple copies of Transferability of Credits Form | | | • Confidentiality<br>• FERPA |
| 29. | AID 625-634 | "Emergency Contacts" Folder, containing AI Dallas Emergency Contact Info." Forms | | AI Dallas Production | Multiple copies of blank form | | | • Confidentiality<br>• FERPA |
| 30. | AID 635-655 | "Career Services Stats" Folder, containing 2 page doc re job placement and "World Cuisines Uncovered" doc | | AI Dallas Production | Multiple copies of 2 page AI Dallas doc showing info about job placement for AI Dallas grads | | | • Confidentiality<br>• FERPA |
| 31. | AID 656-709 | "Media Arts & Animation" folder, containing "Product Knowledge" docs | | AI Dallas Production | Multiple copies of 4 page "product knowledge" doc | | | • Confidentiality<br>• FERPA |
| 32. | AID 711-755 | "Study Guide" Folder, containing "Accuplacer Study Guide for Students" Doc | | AI Dallas Production | Multiple copies of study guide docs | | | • Confidentiality<br>• FERPA |
| 33. | AID 757-763 | "Accreditation" Folder containing | | AI Dallas Production | Multiple copies of accreditation and licensing form | | | • Confidentiality<br>• FERPA |

| No. | Bates Range | Doc Title | Date | Doc Location | Doc Description | To/From | Exemption | Protective Order Designation |
|---|---|---|---|---|---|---|---|---|
| | | "Accreditation & Licensing" form | | | | | | |
| 34. | AID 764-787 | "Financial Aid Books" Folder containing "AI Dallas 2010 Overview aid" | | AI Dallas Production | Ai Dallas handbook re financial aid | | | • Confidentiality<br>• FERPA |
| 35. | AID 788-812 | "Culinary Programs" Folder containing "Culinary Management Bachelor of Science" doc, "Typical Course Sequence" doc | | AI Dallas Production | Docs with info about culinary programs | | | • Confidentiality<br>• FERPA |
| 36. | AID 813-833 | "Photography" folder containing "Outline for BFA Orientation" doc | | AI Dallas Production | Emails and handwritten notes re AD Photography program, other docs, some mention of specific graduates' information | | (b)(6) (817, 819-833) | • Confidentiality<br>• FERPA |
| 37. | AID 852-889 | "Registration Forms" Folder, containing "Early Registration Checklist for New Students" form | | AI Dallas Production | Multiple copies of blank form | | | • Confidentiality<br>• FERPA |
| 38. | AID 895-914 | "Audio Production" Folder, containing "Audio Production" doc | | AI Dallas Production | Typed docs and handwritten notes re audio production program | | | • Confidentiality<br>• FERPA |
| 39. | AID 915-944 | "Admissions Interview Training" Folder, containing "Interview Observation Form" | | AI Dallas Production | Handwritten notes; filled-in "Interview Observation Forms" containing student info; also contains blank forms | | (b)(6) (919-929) | • Confidentiality<br>• FERPA |
| 40. | AID 954-963 | "Accuplacer Forms" Folder containing "accuplacer testing Form" | | AI Dallas Production | Multiple copies of one page blank "accuplacer testing form" | | | • Confidentiality<br>• FERPA |
| 41. | AID 1003-1038 | AI Dallas form "Authorization from | | AI Dallas Production | Multiple copies of blank 2 page form | | | • Confidentiality<br>• FERPA |

| No. | Bates Range | Doc Title | Date | Doc Location | Doc Description | To/From | Exemption | Protective Order Designation |
|---|---|---|---|---|---|---|---|---|
| | | the student to the institute to use Title IV Funds. . ." | | | | | | |
| 42. | AID 1039-1078 | "The AI's Merit Scholarship" | | AI Dallas Production | Multiple copies of blank 2 page scholarship application docs | | | • Confidentiality<br>• FERPA |
| 43. | AID 1079-80 | Ai Dallas "federal Direct Plus Consent to Obtain Credit Approval and Have Direct Plus Loan Certified" | | AI Dallas Production | Financial aid form containing student name | | (b)(6) | • Confidentiality<br>• FERPA |
| 44. | AID 1081-1095, 1097-1104 | AI "Student Financial Plan Projection"; AI "scholarship program" | | AI Dallas Production | Financial plan projection docs for specific students containing student name, address, id numbers | | (b)(6) (1081-1090, 1095, 1099-1104) | • Confidentiality<br>• FERPA |
| 45. | AID 1105-1106 | Financial aid "authorization from parent" doc | | AI Dallas Production | Blank Financial aid docs | | | • Confidentiality<br>• FERPA |
| 46. | AID 1107 | Financial aid "credit approval" doc | | AI Dallas Production | Blank financial aid doc | | | • Confidentiality<br>• FERPA |
| 47. | AID 1108-1156 | Financial aid docs for particular students, including "private loan recommendation" doc; FAFSA "confirmation Page"; "student financial plan projections"; authorizations from parent"; "NSLDS loan history"; "Dependent student standard verification worksheet" | | AI Dallas Production | Financial aid docs for a particular student, with student name, id | | (b)(6) | • Confidentiality<br>• FERPA |

| No. | Bates Range | Doc Title | Date | Doc Location | Doc Description | To/From | Exemption | Protective Order Designation |
|---|---|---|---|---|---|---|---|---|
| 48. | AID 1157-1162 | "2014-2015 V5 Dependent Student Aggregate Verification Worksheet" | | AI Dallas Production | Blank financial aid doc | | | • Confidentiality<br>• FERPA |
| 49. | AID 1174-1179, 1182-1231 | Financial aid docs for particular students, including "Confirmation – FAFSA on the web", COD credit check, student financial plan projections, "authorization from student" | | AI Dallas Production | Financial aid doc containing student name | | (b)(6) | • Confidentiality<br>• FERPA |
| 50. | AID 1239-1254 | AI "Authorization from the student. . ."; "Federal Direct PLUS consent to obtain credit approval"; "Authorization from the parent. . ."; "Supplemental Data Sheet"; "Scholarship program application" | | AI Dallas Production | Blank financial aid docs; and one financial aid doc containing student info | | (b)(6) (1248-54) | • Confidentiality<br>• FERPA |
| 51. | AID 1255-1292 | Financial aid docs for particular students, including "Direct Loans Master Promissory Note", "Student financial plan projections," "estimated award letters" | | AI Dallas Production | Financial aid doc containing student information | | (b)(6)) | • Confidentiality<br>• FERPA |
| 52. | AID 1293-1425 | AI Dallas student "welcome" questionnaires | | AI Dallas Production | Q&A documents filled out by prospective students containing specific student info | | (b)(6) | • Confidentiality<br>• FERPA |

| No. | Bates Range | Doc Title | Date | Doc Location | Doc Description | To/From | Exemption | Protective Order Designation |
|---|---|---|---|---|---|---|---|---|
| 53. | AID 1426-1538, 1554-1567, 1570-1583, 1587-1618, 1622-1640, 1653-1709 | "Prospective Student Appointment Set Information" forms | | AI Dallas Production | Forms with specific student name and id number | | (b)(6) | • Confidentiality<br>• FERPA |
| 54. | AID 1539-1553, 1568-1569, 1584-1586, 1620-21, 1710-1711 | "Prospective Student Appointment Set Information" Forms | | AI Dallas Production | Blank forms | | | • Confidentiality<br>• FERPA |
| 55. | AID 1641-1652 | AI Dallas "Conditional Class Start Agreement" | | AI Dallas Production | Blank form | | | • Confidentiality<br>• FERPA |
| 56. | AID 1712-1713 | AI Dallas student "welcome" questionnaires | | AI Dallas Production | Q&A docs filled out by prospective students containing specific student info | | (b)(6) | • Confidentiality<br>• FERPA |
| 57. | AID 1797-1798, 1865, 1994 | AI "ADA Daily Activity Report" | | AI Dallas Production | Form to be filled in by ADAs; contains student names and id numbers | | (b)(6) | • Confidentiality<br>• FERPA |
| 58. | AID 1799, 1813 | AI "ADA Daily Activity Report" | | AI Dallas Production | Form to be filled in by ADAs – blank except for ADA name | | | • Confidentiality<br>• FERPA |
| 59. | AID 1806 | AI Dallas "Approved Academic Calendar 2013-2017" | | AI Dallas Production | Academic calendar | | | • Confidentiality<br>• FERPA |
| 60. | AID 1821-1827 | AI Dallas "School Sponsored Housing Application Form", "Background Check "Release Form" | | AI Dallas Production | Blank Form to be filed in by students | | | • Confidentiality<br>• FERPA |
| 61. | AID 1862-1863, 3387-3388 | "The Open House Interview" | | AI Dallas Production | Typed document re open house interviews | | | • Confidentiality<br>• FERPA |

| No. | Bates Range | Doc Title | Date | Doc Location | Doc Description | To/From | Exemption | Protective Order Designation |
|---|---|---|---|---|---|---|---|---|
| 62. | AID 2056-2076, 2258-2280, 2485, 2489-2491, 2956-3004 | "2014-2015 Institutional Student Information Record" | | AI Dallas Production | Financial aid record with individual student info, including name, address, social security number | | (b)(6) | • Confidentiality<br>• FERPA |
| 63. | AID 2081-2087 | Student financial aid docs, including "student financial plan projections," | | AI Dallas Production | Financial aid records containing individual student info | | (b)(6) | • Confidentiality<br>• FERPA |
| 64. | AID 3292-3300 | AI "Admissions Timeline Agreement"; "emergency contact info.", notice re credit transfer, application checklist | | AI Dallas Production | Application forms filled bout by individual student containing student name, id, and other info | | (b)(6).(3292-95, 3298-3300) | • Confidentiality<br>• FERPA |
| 65. | AID 3301-3308 | AI Dallas "Masters Admissions Requirements" form | | AI Dallas Production | Blank forms | | | • Confidentiality<br>• FERPA |
| 66. | AID 3329-3330 | "Appointment Set Guide" | | AI Dallas Production | ADA handwritten notes about particular student, including student name and ID number | | (b)(6) | • Confidentiality<br>• FERPA |
| 67. | AID 3332-3386 | "Accuplacer Testing Form," "Enrollment Agreement," Transcripts, AI Award letter, Essay | | AI Dallas Production | Admissions and enrollment forms for specific students, including student information | | (b)(6) | • Confidentiality<br>• FERPA |
| 68. | AID 3389 | Template letter to all new students re "meningitis" | | AI Dallas Production | Template letter re meningitis | | | • Confidentiality<br>• FERPA |
| 69. | AID 3393 | Email subject "ADA Priority Action Report | 5.14.14 | AI Dallas Production | Email message | To AID_DOA from CS Applications Audocron | | • Confidentiality<br>• FERPA |
| 70. | AID 3397, 3400, 3405, 3416 | Email subject "Direct Response Inquiries Assigned to You" | 6.11.14 | AI Dallas Production | Email message Contains student information | To: WIlsonch@carsapp.ai.edu | (b)(6) | • Confidentiality<br>• FERPA |

| No. | Bates Range | Doc Title | Date | Doc Location | Doc Description | To/From | Exemption | Protective Order Designation |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From: Art Institute – CARSU | | |
| 71. | AID 3398-3399, 3407-3408 | Email subject "Follow up" | 6.3.14 | AI Dallas Production | Email message | From Greg Liestman to: Greg Liestman | (b)(6) | • Confidentiality<br>• FERPA |
| 72. | AID 3401-3402 | Email subject "Follow-up—Buddy System" | 9.7.11 | AI Dallas Production | Email message<br>Contains student info | From Angela DeAngelo to Richard Brittain | (b)(6) | • Confidentiality<br>• FERPA |
| 73. | AID 3406 | Email subject "Question about Financial Aid" | 6.12.14 | AI Dallas Production | Email message between AI employee and prospective student<br>Contains student info | From Pia Jakobsson (AI Dallas) to student | (b)(6) | • Confidentiality<br>• FERPA |
| 74. | AID 3409 | Email subject "Registration" | 6.12.14 | AI Dallas Production | Email message<br>Contains student info | From Lisa Boule to Christopher Mayweather | (b)(6) | • Confidentiality<br>• FERPA |
| 75. | AID 3412, 3413 | Emails subject "[student name]" | 6.10.14 | AI Dallas Production | Email message<br>Contains student info | From Michelle Hildebrand to Joanne Alvarez | (b)(6) | • Confidentiality<br>• FERPA |
| 76. | AID 3414 | Email subject "Student" | 6.9.14 | AI Dallas Production | Email message<br>Contains student info | From Jethzabel Sierra-Garcia to Joanne Alvarez | (b)(6) | • Confidentiality<br>• FERPA |
| 77. | AID 3415 | Email subject "Complete Online: Stafford MPN and Entrance" | No date | AI Dallas Production | Email message | From Ashley Satterwhite<br>No "To" information | | • Confidentiality<br>• FERPA |
| 78. | AID 3431-3434 | AI Dallas "New Student Adjustment Form" | 2.24.14 | AI Dallas Production | Form filled out by student<br>Contains student information | | (b)(6) | • Confidentiality<br>• FERPA |
| 79. | AID 3446-3447 | AI Dallas "Welcome Questionnaire: | | AI Dallas Production | Q&A form filled in by student<br>Contains student info | | (b)(6) | • Confidentiality<br>• FERPA |
| 80. | AID 3454-3464 | Student financial aid documents, including FAFSA | | AI Dallas Production | Contains student info | | (b)(6) | • Confidentiality<br>• FERPA |
| 81. | AID 3494-3496 | Security Policies and Crime report doc | | AI Dallas Production | Typed doc containing links to information | | | • Confidentiality |

| No. | Bates Range | Doc Title | Date | Doc Location | Doc Description | To/From | Exemption | Protective Order Designation |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | • FERPA |
| 82. | AID 3545 | Outlook meeting acceptance: "Train the Trainer Call: Setting Expectations, Session 1" | 1.20.12 | AI Dallas Production | Outlook meeting acceptance | Rick Brittain | | • Confidentiality<br>• FERPA |
| 83. | AID 3398-3399 | Email subject "Follow up" | 6.3.14 | Originally – AI Dallas Production;<br><br>This copy came from CWiegand network directory space/Active Cases/ EDMC/Attorney Notes/June 2014 doc shredding AI Dallas Sub-folder/2014 07 21 AID redactions zip file | Email message | From Greg Liestman to: Greg Liestman | (b)(6) | • Confidentiality<br>• FERPA |
| 84. | AID 97-101 | "Adult appointment set guide incoming and outgoing call" | | Originally AI Dallas Production<br><br>This copy came from CWiegand network directory space/Active Cases/ EDMC/Attorney Notes/June 2014 doc shredding AI Dallas Sub-folder /AI Dallas depo exhibits zip file | Form related to setting up appointments on calls with students | | | • Confidentiality<br>• FERPA |
| 85. | AID 102-103 | "Appointment setting observation form" | | Originally AI Dallas Production;<br>This copy came from CWiegand network directory space/Active Cases/ | Form related to setting up appointments for calls with students | | | • Confidentiality<br>• FERPA |

| No. | Bates Range | Doc Title | Date | Doc Location | Doc Description | To/From | Exemption | Protective Order Designation |
|---|---|---|---|---|---|---|---|---|
| | | | | EDMC/Attorney Notes/June 2014 doc shredding AI Dallas Sub-folder /AI Dallas depo exhibits zip file | | | | |
| 86. | AID 355-452 | "Train the Trainer" Folder | | Originally AI Dallas Production; This copy came from CWiegand network directory space/Active Cases/ EDMC/Attorney Notes/June 2014 doc shredding AI Dallas Sub-folder /AI Dallas depo exhibits zip file | Contains copies of PowerPoint Presentation (with notes) re: setting expectations with students | | | • Confidentiality<br>• FERPA |
| 87. | AID 919-924 | Interview Observation Form" | | Originally AI Dallas Production; This copy came from CWiegand network directory space/Active Cases/ EDMC/Attorney Notes/June 2014 doc shredding AI Dallas Sub-folder /AI Dallas depo exhibits zip file | filled-in "Interview Observation Form" containing student info; | | (b)(6) | • Confidentiality<br>• FERPA |
| 88. | AID 3401 | Email subject "Follow-up—Buddy System" | 9.7.11 | Originally AI Dallas Production; This copy came from CWiegand network directory space/Active Cases/ EDMC/Attorney Notes/June 2014 doc | Email message Contains student info | From Angela DeAngelo to Richard Brittain | (b)(6) | • Confidentiality<br>• FERPA |

| No. | Bates Range | Doc Title | Date | Doc Location | Doc Description | To/From | Exemption | Protective Order Designation |
|---|---|---|---|---|---|---|---|---|
| | | | | shredding AI Dallas Sub-folder /AI Dallas depo exhibits zip file | | | | |
| 89. | AID 3545 | Outlook meeting acceptance: "Train the Trainer Call: Setting Expectations, Session 1" | 1.20.12 | Originally AI Dallas Production; This copy came from CWiegand network directory space/Active Cases/ EDMC/Attorney Notes/June 2014 doc shredding AI Dallas Sub-folder /AI Dallas depo exhibits zip file | Outlook meeting acceptance | Rick Brittain | | • Confidentiality<br>• FERPA |
| 90. | EDMC-WASH-05858760 & 05858761 | Email subject "Are you a top Phoenix ADA from your 12 week trend?" | 9.4.09 | Produced by Ds to Ps; located in CWiegand network directory space/Active Cases/ EDMC Pleadings/5.2.14 Mot to Deny Ds' MSJ/Docs filed under seal/ docs to be submitted under seal zip file | Ex. X to US Opp'n to Ds' MSJ; 2 page email | From Renee Huddy to AIO ADA PHX | | • Confidentiality<br>• Under seal |