IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROJECT ON PREDATORY STUDENT ) <br> LENDING OF THE LEGAL SERVICES ) <br> CENTER OF HARVARD LAW SCHOOL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> JUSTICE, ) <br> Defendant. ) | Civil Action No. 17-210-NBF <br><br> The Honorable Nora Barry Fischer <br><br> (*Electronic Filing*) |

## FOURTH POST-JUDGMENT STATUS REPORT

The parties respectfully submit the instant Fourth Post-Judgment Status Report, consistent with the Court's Order dated October 12, 2018.  Order, ECF No. 25.

On October 11, 2018, the parties filed their Third Post-Judgment Status Report, noting that, on October 4, 2018, defendant the Department of Justice ("DOJ") had produced the remaining pages of the AI Dallas CD to plaintiff the Project on Predatory Student Lending ("Project").  Third Post-Judgment Status Report, ECF No. 87 (Oct. 11, 2018).  The status report noted that the parties were in communication regarding the basis of certain redactions in the pages that were produced. *Id.* at 2.  On October 16, 2018, the Court issued an order requiring the parties to file a follow-up Joint Status Report by November 13, 2018, "advising as to the status of outstanding matters including the redactions to the DOJ's production."  Order, ECF No. 25.  This report fulfills that obligation.

As the Court is aware, the Honorable Peter J. Phipps, who formerly represented the DOJ in this matter, recently became a United States District Judge for the Western District of Pennsylvania.  Following Judge Phipp's confirmation, new counsel entered appearances on

behalf of DOJ. Defense counsel currently is in the process of reviewing the case filings as well as the DOJ's productions. On November 9, 2018, counsel for all parties met and conferred telephonically, consistent with the Court's October 16, 2018 Order, to discuss the Project's concerns regarding the DOJ's production. The parties agreed to maintain open communication over the next few weeks in an attempt to resolve the Project's concerns without the need for Court intervention. Accordingly, the parties are requesting an additional 30 days, until December 13, 2018, to file another Status Report advising the Court as to any remaining issues related to the DOJ's production of the AI Dallas records.

Respectfully submitted,

/s/ Toby Merrill _____
Toby Merrill
Eileen Connor
Legal Services Center of Harvard
Law School
122 Boylston Street
Jamaica Plain, MA 02140
Tel: (617) 390-2710
Fax: (617) 522-0715
tomerrill@law.harvard.edu
econnor@law.harvard.edu

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

SCOTT W. BRADY
United States Attorney
Western District of Pennsylvania

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

/s/ Lisa Zeidner Marcus_____
LISA ZEIDNER MARCUS
Senior Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch

/s/ Karen Gal-Or_____
KAREN GAL-OR
Assistant U.S. Attorney

Dated:  November 13, 2018