IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROJECT ON PREDATORY STUDENT LENDING OF THE LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL, | |
| *Plaintiff*, | Civil No. 2:17-cv-00210-NBF |
| v. | Hon. Nora Barry Fischer |
| UNITED STATES DEPARTMENT OF JUSTICE, | *(Electronic Filing)* |
| *Defendant*. | |

**EIGHTH POST-JUDGMENT STATUS REPORT**

The parties respectfully submit this joint status report as ordered by the Court. Order, ECF No. 99 (April 16, 2019). As previously reported by the parties, Defendant has been reviewing certain records produced to Plaintiff in October 2018, identifying pages that may be reproduced with fewer/modified redactions, and reproducing such pages to Plaintiff on a rolling basis. *See, e.g.*, 7th Post-Judgment Status Report, ECF No. 98 (April 15, 2019). Most recently, Defendant reproduced 78 pages to Plaintiff on April 15, 2019, and reproduced 51 pages to Plaintiff on May 17, 2019. Defendant anticipates that it will make its final reproduction of documents/pages within the next week. Plaintiff notes that Defendant was to complete reproduction of all documents by May 15, 2019. *Id.*

The parties intend for Plaintiff's counsel to review the reproduced documents, and to discuss any questions or related outstanding issues with Defendant's counsel. The parties respectfully propose filing a joint status report in two weeks, *i.e.*, by May 31, 2019.

Dated: May 17, 2019                                    Respectfully submitted,

| | |
|---|---|
| /s/ *Toby Merrill* | JOSEPH H. HUNT |
| Toby Merrill | Assistant Attorney General |
| Eileen Connor | Civil Division |
| Legal Services Center of Harvard | |
| Law School | SCOTT W. BRADY |
| 122 Boylston Street | United States Attorney |
| Jamaica Plain, MA 02140 | Western District of Pennsylvania |
| Tel: (617) 390-2710 | |
| Fax: (617) 522-0715 | ELIZABETH J. SHAPIRO |
| tomerrill@law.harvard.edu | Deputy Director |
| econnor@law.harvard.edu | Civil Division, Federal Programs Branch |
| | |
| Counsel for Plaintiff | */s/ Lisa Zeidner Marcus* |
| | LISA ZEIDNER MARCUS |
| | Senior Counsel |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 700 Grant St., Suite 4000 |
| | Pittsburgh, PA 15217 |
| | Telephone: (202) 514-3336 |
| | Fax: (412) 644-2613 |
| | Email: lisa.marcus@usdoj.gov |
| | |
| | Counsel for Defendant |