IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROJECT ON PREDATORY STUDENT LENDING OF THE LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL, | |
| *Plaintiff*, | Civil No. 2:17-cv-00210-NBF |
| v. | Hon. Nora Barry Fischer |
| UNITED STATES DEPARTMENT OF JUSTICE, | *(Electronic Filing)* |
| *Defendant*. | |

**TENTH POST-JUDGMENT STATUS REPORT**

The parties respectfully submit this joint status report pursuant to this Court's Order of June 3, 2019. Order, ECF No. 104.

Since the filing of the Parties' last joint status report on May 31, 2019, ECF No. 102, and consistent with the Parties' stipulation, ECF No. 103, which was endorsed by the Court, ECF No. 104, Defendant sent four reproductions of documents to Plaintiff, on June 4, June 10, June 17, and June 24. Thereafter, Defendant identified the remaining documents as falling into two categories, either: (1) pages Defendant determined not to reproduce, or (2) pages duplicative of other pages that Defendant had already reproduced. To ensure the Parties were clear about which pages had been reproduced and when, Defendant prepared an inventory to share with Plaintiff. In the process of creating that inventory, Defendant identified an additional 128 pages (approximate) of documents that it determined could be reproduced to Plaintiff with modified redactions; Defendant reproduced 26 of those pages to Plaintiff on July 9, and is currently processing the remainder to reproduce to Plaintiff by July 11.

On July 10, Defendant provided Plaintiff with the inventory described above, which lists the pages from the October 2018 production that Defendant subsequently reproduced with modified redactions, as well as those pages Defendant determined not to reproduce. The Parties intend and propose that Plaintiff's counsel will review this inventory and the recently reproduced documents, and will address with Defendant within the next three weeks, *i.e.*, by July 30, 2019, any outstanding questions Plaintiff may have with respect to the reproductions of documents.

The parties respectfully propose filing a joint status report by July 30, 2019, to advise the Court whether any issues remain with respect to the AI Dallas CD documents.

Dated: July 10, 2019                                             Respectfully submitted,

| | |
|---|---|
| */s/ Eileen Connor* | JOSEPH H. HUNT |
| TOBY MERRILL | Assistant Attorney General |
| EILEEN CONNOR | Civil Division |
| Legal Services Center of Harvard | |
| Law School | STEPHEN R. KAUFMAN |
| 122 Boylston Street | First Assistant United States Attorney |
| Jamaica Plain, MA 02140 | |
| Tel: (617) 390-2710 | ELIZABETH J. SHAPIRO |
| Fax: (617) 522-0715 | Deputy Director |
| tomerrill@law.harvard.edu | Civil Division, Federal Programs Branch |
| econnor@law.harvard.edu | |
| | */s/ Lisa Zeidner Marcus* |
| JENNIFER BENNETT | LISA ZEIDNER MARCUS |
| Public Justice | Senior Counsel |
| 475 14th St., Suite 610 | U.S. Department of Justice |
| Oakland, CA 94612 | Civil Division, Federal Programs Branch |
| (510) 622-8150 | 700 Grant St., Suite 4000 |
| jbennett@publicjustice.net | Pittsburgh, PA 15217 |
| | Telephone: (202) 514-3336 |
| *Counsel for Plaintiff* | Fax: (412) 644-2613 |
| | Email: lisa.marcus@usdoj.gov |
| | |
| | KAREN GAL-OR |
| | Assistant U.S. Attorney |
| | Western District of Pennsylvania |
| | Joseph F. Weis, Jr. U.S. Courthouse |
| | 700 Grant Street, Suite 4000 |
| | Pittsburgh, PA 15219 |
| | (412) 894-7326 |
| | |
| | *Counsel for Defendant* |